## Commonwealth *v.* Smiley, Appellant.

Argued April 14, 1975. *John R. Cook*, Trial Defender, with him *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Robert L. Campbell*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant Dis-

trict Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.